IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BENITO PEREZ MENDOZA,<br>a/k/a JUAN GUTIERREZ VELASQUEZ,<br><br>　　　　　　Defendant. | 8:25CR 179<br><br>INDICTMENT<br>8 U.S.C. § 1326(a) |

The Grand Jury charges that

<u>COUNT I</u>

On or about August 9, 2025, in the District of Nebraska, the defendant, BENITO PEREZ MENDOZA, a/k/a JUAN GUTIERREZ VELASQUEZ an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

　　　　　　　　　　　　　　　FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

　　　　　　　　　　　　　　　KIMBERLY C. BUNJER, #20962
　　　　　　　　　　　　　　　Assistant U.S. Attorney

1